■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN O. SMITH, Appellant. [924 NYS2d 912]—Appeal from a judgment of the Niagara County Court (Sara S. Sperrazza, J.), rendered January 26, 2010. The judgment convicted defendant, upon his plea of guilty, of attempted assault in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Peradotto, Lindley, Green and Gorski, JJ.